STEVEN W. PITE (CA SBN 157537)
JOHN D. DUNCAN (CA SBN 179560)
JOHN B. ACIERNO III (CA SBN 257176)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92117
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for  GMAC MORTGAGE, LLC, its successors and/or assigns

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 09-42428 |
| LEROY REAMS, | Chapter 13 |
| Debtor(s). | GMAC MORTGAGE, LLC'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

TO:       UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL

INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for GMAC MORTGAGE, LLC, its successors and/or assigns, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Case: 09-42428   Doc# 11   Filed: 04/09/09   Entered: 04/09/09 13:33:18   Page 1 of 3

John B. Acierno III
PITE DUNCAN, LLP
4375 Jutland Drive
Suite 200
San Diego, CA 92117

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

c. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.


Dated: April 9, 2009                    PITE DUNCAN, LLP


                                        /s/ John B. Acierno III (CA SBN 257176)
                                        Attorneys for GMAC MORTGAGE, LLC, its
                                        successors and/or assigns

Case 09-42428   Doc# 11   Filed: 04/09/09   Entered: 04/09/09 13:33:18   Page 2 of 3

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that a copy of the foregoing REQUEST FOR SPECIAL NOTICE AND |
| 3 | SERVICE OF PAPERS AND RESERVATION OF RIGHTS was served on April 9, 2009. Service |
| 4 | was accomplished by the method and to the following as indicated: |
| 5 | BY ELECTRONIC NOTICE OR FIRST CLASS MAIL |

1  CERTIFICATE OF SERVICE

2      I hereby certify that a copy of the foregoing REQUEST FOR SPECIAL NOTICE AND

3  SERVICE OF PAPERS AND RESERVATION OF RIGHTS was served on April 9, 2009.  Service

4  was accomplished by the method and to the following as indicated:

5  BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

6  Leroy Reams
   6140 East 17th Street
7  Oakland, CA 94621

8  Patrick L. Forte
   Law Offices of Patrick L. Forte
9  1 Kaiser Plaza #480
   Oakland, CA 94612-3610

10
   Martha G. Bronitsky
11 P.O. Box 5004
   Hayward, CA 94540-5004

12
   U.S. Trustee
13 Department of Justice
   Office of the U.S. Trustee
14 1301 Clay St., #690N
   Oakland, CA 94612

15

16      I declare under penalty of perjury that the foregoing is true and correct and that this

17 declaration was executed on April 9, 2009, at San Diego, California.

18

19
                                    /s/ Mary K. Arnold
20                          _____

21

22

23

24

25

26

27

28