UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: LEROY REAMS ) CASE NO. 09-42428
6140 East 17th Street ) Chapter 13
Oakland, CA 94621 )
)
)
)
Debtor )

## PROOF OF SERVICE BY MAIL

I, Tyrone Williams, declare that: I am a resident or employed in the County of Alameda, State of California. My business address is P. O. Box 20942 El Sobrante, CA 94820. I am over the age of eighteen years and not a party to this case.

On June 3, 2011, I served the Motion for Voluntary Dismissal of Chapter 13 for Leroy Reams to all the listed creditors by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid at the United States Post Office at 535 Appian Way El Sobrante, CA 94803-9991 addressed as follows:

Please see attachment.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on

Date: June 3, 2011 at Oakland, CA
City and State

_____
Signature

| | |
|---|---|
| 1 | Homecoming Financial |
| 2 | PO Box 205<br>Waterloo, IA 50704 |
| 3 | |
| 4 | Washington Mutual<br>PO Box 78148 |
| 5 | Phoenix, AZ 85062 |
| 6 | Franchise Tax Board |
| 7 | Special Procedures<br>PO Box 2952 |
| 8 | Sacramento, CA 95812 |
| 9 | Internal Revenue Service |
| 10 | P. O. Box 21126<br>Philadelphia, PA 19114 |
| 11 | |
| 12 | Internal Revenue Service<br>IRS Center |
| 13 | Fresno, CA 93888 |
| 14 | Internal Revenue Service |
| 15 | Special Procedure<br>1301 Clay Street |
| 16 | Oakland, CA 94612 |
| 17 | |
| 18 | American General Finance<br>2101 Webster Street |
| 19 | Suite 160<br>Oakland, CA 94612 |
| 20 | |
| 21 | Applied Bank<br>PO Box 11170 |
| 22 | Wilmington, DE 19850 |
| 23 | Beneficial |
| 24 | PO Box 60101<br>City Of Industry, CA 91716 |
| 25 | |
| 26 | Direct Merchants Bank<br>PO Box 60136 |
| 27 | City OF Industry, CA 91716 |
| 28 | Ford Motor Credit<br>PO Box 7172<br>Pasadena, CA 91109-7172 |

Footer

| | |
|---|---|
| 29 | Macy's |
| 30 | PO Box 6938 |
|    | The Lakes, NV 88901-6938 |
| 31 | |
| 32 | Orchard Bank |
|    | PO Box 80084 |
| 33 | Salinas, CA 93912 |
| 34 | Wells Fargo |
| 35 | PO Box 5943 |
|    | Sioux Falls, SD 57117 |
| 36 | |
| 37 | Wells Fargo Financial |
|    | PO box 98791 |
| 38 | Las Vegas, NV 89193 |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |
| 49 | |
| 50 | |
| 51 | |
| 52 | |
| 53 | |
| 54 | |
| 55 | |
| 56 | |
| 57 | |

Footer